UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MAR 10 2025

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | |
| | ) | |
| DEDERICK BRYANT | ) | 21 U.S.C. § 843(b) |
| | ) | Use of Communication Facility |

CR425-032

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about March 24, 2024, in Liberty County, within the Southern District of Georgia, and elsewhere, the defendant,

**DEDERICK BRYANT,**

knowingly and intentionally used a communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, Conspiracy to Possess with Intent to Distribute, and to Distribute a Mixture or Substance Containing a Detectable Amount of MDMA and Fentanyl, Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 843(b).

[Signatures on Following Page]

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

03/10/2025
Date

*E. Greg Gilluly*
E. Greg Gilluly
Deputy Chief, Criminal Division

03/10/2025
Date

Marcela C. Mateo
Assistant United States Attorney